IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JULIO COLON | : | NO. 2006-12-1 |

ORDER

AND NOW, this 21st day of May, 2008, it is hereby ORDERED that:

(1) the May 16, 2008 Order accepting the plea of guilty of Julio Colon to Counts 1, 2, 3, and 4 of the Indictment is VACATED;

(2) the May 14, 2008 Report and Recommendation of Magistrate Judge George W. Cannon, Jr. is APPROVED AND ADOPTED; and

(3) the plea of guilty of Julio Colon to Count 4 of the Indictment is accepted and said defendant is adjudged guilty of the said charge contained therein.

BY THE COURT:

*Harvey Bartle*

HARVEY BARTLE III                C.J.
SITTING BY DESIGNATION